1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT
7                  FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | ) |
|    Plaintiff, | ) Case No: 12-1291M |
| vs. | ) |
| Sergio Arcadio Frias-Flores, | ) **MATERIAL WITNESS ORDER** |
|    Defendant. | )  **OF DETENTION** |

Defendant, Sergio Arcadio Frias-Flores, having been charged in the District of Arizona with a violation of Count One Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(i) and the Magistrate Judge having determined from the affidavit of the Department of Homeland Security Customs and Border Protection filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the complaint:

Jesus Guadalupe Valenzuela-Morales

Felix Vega-Fierro

The Magistrate Judge finds that it may become impracticable to secure the presence of the witness(es) by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

...

...

...

...

1     IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a
2  corrections facility separate, to the extent practicable, from persons awaiting or serving
3  sentences or being held in custody pending appeal.  The witness(es) shall be afforded a
4  reasonable opportunity for private consultation with counsel.
5     DATED: March 9, 2012

_____
James F. Metcalf
United States Magistrate Judge